UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| EDWARD A. BUCKNER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THOMAS E. DIXON, *et al.*, )<br>)<br>Defendants. ) | 1:11-CV-59<br>*Collier / Lee* |

## ORDER

Before the Court is the second motion of Barry L. Abbott, currently counsel of record for Defendant Professional Land Title Agency, LLC ("Defendant"), to withdraw from representing Defendant in this matter [Doc. 29]. Attorney Abbott has now certified that the requirements specified in E.D. Tenn. L.R. 83.4(f) have been satisfied for withdrawal, and both Attorney Abbott and a representative of Defendant signed the motion to indicate Defendant's consent to the withdrawal. No other party to the case has filed any timely response opposing the motion. Accordingly, and based on the extraordinary circumstances shown, the motion [Doc. 29] is **GRANTED** and the Clerk is **DIRECTED** to terminate Attorney Abbott as counsel of record for Defendant in this case.

Defendant is reminded that it "is a corporation or other artificial person or legal entity created by statute that may only appear in court through counsel," E.D. Tenn. L.R. 83.4(f), and thus it must obtain substitute counsel in order to defend itself in this litigation. Failure to obtain counsel

could result in a default judgment being entered against Defendant. Defendant shall have **21 days** from the entry of this Order to have substitute counsel enter an appearance in this matter.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE